UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| INNKEEPERS USA TRUST, *et al.*, | Case No. 10-13800 (SCC) |
| Debtors.[1] | Jointly Administered |
| INNKEEPERS USA TRUST, *et al.*, | |
| Plaintiffs, | Adversary Proceeding<br>Case No. 11-02557-SCC |
| v. | |
| CERBERUS SERIES FOUR HOLDINGS, LLC, CHATHAM LODGING TRUST, INK ACQUISITION LLC, AND INK ACQUISITION II LLC, | |
| Defendants. | |

## SCHEDULING ORDER

The Court having considered the Plaintiffs' Motion to Expedite Proceedings on the Merits [Dkt. No. 3] and Memorandum of Law in support thereof [Dkt. No. 4], and Memorandum of Law in support thereof, (collectively, the "Motion"), and the Parties' positions regarding scheduling in the above-captioned adversary proceeding (the "Adversary Proceeding") during a hearing on August 31, 2011, it is ORDERED that the following schedule shall apply for matters related to the Adversary Proceeding:

---

[1] The list of Debtors in these Chapter 11 Cases along with the last four digits of each Debtor's federal tax identification number can be found by visiting the Debtors' restructuring website at www.omnimgt.com/innkeepers or by contacting Omni Management Group, LLC at Innkeepers USA Trust c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 606, Encino, California 91436. The location of the Debtors' corporate headquarters and the service address for their affiliates is: c/o Innkeepers USA, 340 Royal Poinciana Way, Suite 306, Palm Beach, Florida 33480.

(i) The Parties shall serve discovery as soon as practicable and in no instance later than September 2, 2011. Responses and objections to such discovery shall be served by September 9, 2011.

(ii) Documents requested (and not objected to) shall be produced on a rolling basis beginning on September 9, 2011.

(iii) The deadline for the Defendants to answer the Complaint and assert any counterclaims shall be September 9, 2011. The deadline for Plaintiffs to serve their answer to any counterclaims shall be September 16, 2011.

(iv) Document productions shall be completed no later than September 23, 2011.

(v) To the extent a Party intends to offer expert testimony, any expert report(s) shall be due on September 27, 2011 at 12:00 p.m. ET.

(vi) Parties shall notice all fact witness depositions by September 20, 2011 and expert witness depositions by September 28, 2011. All fact and expert witnesses shall be made available for deposition on reasonable notice, during the period from September 23, 2011 through October 3, 2011.

(vii) Any witness to be called at trial shall be identified by September 27, 2011 at 12:00 p.m. ET. To the extent a witness identified on September 27, 2011 has not been deposed, and a Party wants to take that witness' deposition, such witness shall be made available for a deposition by October 3, 2011.

(viii) Pretrial briefs shall be due on October 3, 2011 at 5:00 p.m. ET. Opposition briefs shall be due by noon ET on October 7, 2011.

(ix) A trial on all claims and defenses in the Adversary Proceeding, shall be conducted on October 10-12, 2011, commencing each day at 10:00 a.m.

(x) This Scheduling Order may be modified by written agreement of all parties without further order of the Court, with the exception of paragraphs (viii) and (ix), which may only be modified by further order of the Court.

New York, New York
Dated: September 6, 2011

                                                */s/ Shelley C. Chapman*
                                                UNITED STATES BANKRUPTCY JUDGE