James H.M. Sprayregen, P.C.
Paul M. Basta
Stephen E. Hessler
Brian S. Lennon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

Anup Sathy, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| INNKEEPERS USA TRUST, *et al.*, | Case No. 10-13800 (SCC) |
| Debtors.\ | Jointly Administered |
| INNKEEPERS USA TRUST, *et al.*, | Adversary Proceeding |
| Plaintiffs, | Case No. 11-02557 |
| v. | |
| CERBERUS SERIES FOUR HOLDINGS, LLC, CHATHAM LODGING TRUST, INK ACQUISITION LLC, and INK ACQUISITION II LLC, | |
| Defendants. | |

**NOTICE OF ADJOURNMENT OF TRIAL TO OCTOBER 11, 2011**

---

[1] The list of Debtors in these Chapter 11 Cases along with the last four digits of each Debtor's federal tax identification number can be found by visiting the Debtors' restructuring website at www.omnimgt.com/innkeepers or by contacting Omni Management Group, LLC at Innkeepers USA Trust c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 606, Encino, California 91436. The
(continued on next page)

**PLEASE TAKE NOTICE** that the trial in the above-captioned matter will commence on **October 11, 2011 at 10:00 a.m. prevailing Eastern Time** before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom No. 610 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004-1408.

| | |
|---|---|
| New York, New York<br>Dated: October 10, 2011 | /s/ *Brian S. Lennon*<br>James H.M. Sprayregen, P.C.<br>Paul M. Basta<br>Stephen E. Hessler<br>Brian S. Lennon<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>and<br><br>Anup Sathy, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654-3406<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>and<br><br>Daniel T. Donovan (admitted *pro hac vice*)<br>Patrick M. Bryan (admitted *pro hac vice*)<br>Jeffrey G. Landis (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005-5793<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 |

---

location of the Debtors' corporate headquarters and the service address for their affiliates is: c/o Innkeepers USA, 340 Royal Poinciana Way, Suite 306, Palm Beach, Florida 33480.